# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **VANESSA McCOY,** | ) |
| Petitioner, | ) |
| v. | ) No. CIV 16-530-JHP-KEW |
| **ROB FRAZIER,** | ) |
| **Muskogee County Sheriff,** | ) |
| Respondent. | ) |

## OPINION AND ORDER

Petitioner, a pro se pretrial detainee in the Muskogee County Jail, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1). On May 1, 2017, the Court entered an Order granting her motion for leave to proceed *in forma pauperis* (Dkt. 5). On May 8, 2017, however, the Order was returned to the Court, marked "Return to Sender, Attempted Not Known, Unable to Forward" (Dkt. 6). Petitioner has not advised the Court of her current address, as required by the Court's local rule:

> All papers shall contain the name, mailing address, daytime telephone number, fax number, and e-mail address, if any, of the attorney or pro se litigant. If any of this information changes, the attorney or pro se litigant must notify the Court by filing the form provided by the Clerk and serving a copy on opposing counsel or pro se parties. . . ."

Local Civil Rule 5.6(a).

Because Petitioner has failed to comply with Local Civil Rule 5.6(a), this action is dismissed without prejudice for failure to prosecute. *See United States ex rel. Geminis v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua

sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 11th day of May 2017.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma